JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALOP BUSINESS SYSTEMS, INC., <br><br>  Plaintiff, <br><br> vs. <br><br> CITY OF LOS ANGELES, and DOES 1-10, <br><br>  Defendants. | CASE NO. CV 12-07542 MMM (RZx) <br><br> JUDGMENT FOR DEFENDANT |

On October 30, 2013, the court entered an order granting defendant City of Los Angeles' motion for summary judgment. Consequently,

IT IS ORDERED AND ADJUDGED

1. That plaintiff take nothing by way of its complaint; and

2. That the action be, and is hereby, dismissed.

DATED: October 30, 2013

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE